**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KEVIN D. ROCKTASCHEL, | : | No. 5 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 311 MD |
| v. | : | 2014 dated December 29, 2015. |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  December 28, 2016**

AND NOW, this 28th day of December, 2016, the order of the Commonwealth Court is hereby **AFFIRMED**.